IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO. 13-30203-MJR |
| vs. | ) | |
| | ) | |
| MICHAEL R. LEWIS JR., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF FACTS**

The parties hereby stipulate that the following facts are true and if this had case proceeded to trial; the United States would have proven the following beyond a reasonable doubt:

On or about August 18, 2013, Officers Robert Sallie (Sallie) and Mario Fennoy (Fennoy) were dispatched to 1806 Parsons Place, East St. Louis, IL, in reference to a suspicious vehicle. Upon arrival the officers approached a Chevy Cobalt, which was occupied by an individual. The individual, later identified as Michael R. Lewis Jr. (Lewis), was asleep at the driver's seat of the vehicle. The officers woke Lewis and asked him to exit the vehicle. As Lewis was exiting the vehicle, both officers observed in plain-view a revolver on the driver's side floorboard. Due to this observation, the officers placed Lewis under arrest. The firearm was loaded with 4 .32 caliber rounds. The firearm was a Premier pistol, stamped with an S&W on the barrel, bearing serial number 168498.

On August 19th, 2013, Lewis was interview by Detective Jerry Simon (Simon). Lewis was read his Miranda rights and he stated that he understood them. Lewis signed a Miranda

1

Rights form and voluntarily spoke to Simon. Lewis admitted that the firearm belonged to him. He also stated that he bought the firearm for $30 for protection. He also admitted to being a felon.

Lewis knowingly possessed the Premier pistol, stamped with an S&W on the barrel, bearing serial number 168498, which had been manufactured outside the state of Illinois and therefore travelled in and affected interstate commerce before Lewis' possession of it on the date charged in the Indictment. The firearm was in working order and was capable of firing a projectile by action of explosive. Lewis has a previous felony conviction for Burglary, on or about November 17, 2008, in Case Number 05-CF-1250, in the Third Judicial Circuit, Madison County, Illinois. Burglary is an offense punishable by a term of imprisonment for more than one year. The entire incident occurred in the Southern District of Illinois.

STEPHEN R. WIGGINTON
United States Attorney

_____
MICHAEL R. LEWIS JR.
Defendant

_____
NEAL C. HONG
Special Assistant United States Attorney

_____
TODD M. SCHULTZ
Attorney for Defendant

Date: 2-4-14

Date: 2-10-14

2