IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 13-CR-30203-MJR |
| ) | |
| MICHAEL R. LEWIS, JR., ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**
**ADOPTING REPORT & RECOMMENDATION AND**
**<u>ACCEPTING DEFENDANT'S GUILTY PLEA</u>**

REAGAN, District Judge:

On February 10, 2014, the parties appeared before the Honorable Stephen C. Williams, United States Magistrate Judge. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant entered a guilty plea as to Count I of the indictment (charging unlawful possession of a firearm by a previously convicted felon). By Report and Recommendation filed February 10, 2014 (Doc. 26), Judge Williams recommends that the undersigned District Judge accept Defendant's guilty plea, find Defendant guilty, direct the Probation Office to prepare a presentence investigation report, and schedule sentencing herein. The parties were given an opportunity to object to the Report and Recommendation. That deadline (February 27, 2014) elapsed without any party filing objections or seeking additional time in which to do so.

Accordingly, the Court **ADOPTS** in its entirety the Report and Recommendation (Doc. 26), **ACCEPTS** Defendant's guilty plea, and **ADJUDGES** Defendant guilty of the offenses set forth therein. The Court **DIRECTS** the United States Probation Office to prepare a presentence investigation report. Finally, the Court **CONFIRMS that SENTENCING** shall proceed at 9:00 a.m. on Friday, May 23, 2014.

IT IS SO ORDERED.

DATED February 28, 2014

                                        s/Michael J. Reagan
                                        MICHAEL J. REAGAN
                                        United States District Judge